May 15, 2009

Ms. Susan Desmarais Bonnen
Office of the Attorney General of Texas
Post Office Box 12548
Austin, TX 78711-2548
Ms. Sue Wall
Womack McClish Wall & Foster, P.C.
1801 Lavaca St., Suite 120
Austin, TX 78701-1398

RE: Case Number: 07-0896
 Court of Appeals Number: 04-06-00150-CV
 Trial Court Number: 97-ED-0044

Style: THE STATE OF TEXAS
 v.
 BRISTOL HOTEL ASSET CO.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Keith E. Hottle |
| |Ms. Margaret G. |
| |Montemayor |